# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00127-01-CR-W-HFS |
| ) | |
| XAVIER I. JONES, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On February 6, 2025, Defendant Xavier I. Jones appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to the lesser included offense contained within Count Two of the indictment. Docs. 30, 32. The lesser included offense charges Defendant with carry and use of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. 924(c). Docs. 1, 32. Defendant executed a consent of entry of a felony guilty plea before a magistrate judge. Doc. 31.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE: February 6, 2025      */s/ W. Brian Gaddy*
　　　　　　　　　　　　　　W. BRIAN GADDY
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE